IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRINCE WILLIAM COUNTY, VIRGINIA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ERIC HOLDER, )<br>Attorney General of the )<br>United States of America, *et al.*, )<br>)<br>Defendants. )<br>_____) | **FILED**<br>JAN 0 9 2012<br>Clerk, U.S. District & Bankruptcy<br>Courts for the District of Columbia<br><br>Civil Action No. **12 0014** |

## ORDER

Pursuant to 28 U.S.C. §2284 and 42 U.S.C. §1973b, plaintiff has moved that a three-judge court be convened to hear and determine this action for a declaratory judgment under Section 4 of the Voting Rights Act. According to the motion, defendants do not oppose the convening of a three-judge court. It appearing that the motion is well taken, it is this 9 day of January, 2012:

**ORDERED** that plaintiff's motion [#2] is **granted**. And it is

**FURTHER ORDERED** that the Clerk of this Court shall transmit a copy of this order to the Chief Judge of the United States Court of Appeals for the District of Columbia, pursuant to 28 U.S.C. §2284(b)(1) so that a three-judge court may be convened.

*/s/ Ellen S. Huvelle*
UNITED STATES DISTRICT JUDGE