# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

———



September Term, 2011

No. 464     12cv0014

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED   JAN 1 1 2012

CLERK

Prince William County, Virginia,

      Plaintiff,

      v.

Eric Holder, *et al.*,

      Defendants.

## DESIGNATION OF JUDGES TO SERVE ON THREE-JUDGE DISTRICT COURT

    The Honorable Ellen S. Huvelle, Judge, United States District Court for the District of Columbia, having notified me of her conclusion the above-captioned case is an appropriate one for the convocation of a three-judge District Court, and having requested such a three-judge court be appointed to hear and decide this case, it is

    **ORDERED**, pursuant to 28 U.S.C. § 2284, that the Honorable Thomas B. Griffith, Circuit Judge, United States Court of Appeals for the District of Columbia Circuit, and the Honorable James E. Boasberg, Judge, United States District Court for the District of Columbia, are hereby designated to serve with the Honorable Ellen S. Huvelle as members of the court to hear and determine this case. Judge Griffith will preside.

_____

David B. Sentelle
Chief Judge

Date:  01 - 11 - 2012