IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRINCE WILLIAM COUNTY, a political subdivision of the Commonwealth of Virginia,<br><br>Plaintiff,<br><br>v.<br><br>ERIC H. HOLDER, JR., the Attorney General of the United States of America, and THOMAS E. PEREZ, Assistant Attorney General, Civil Rights Division, United States Department of Justice,<br><br>Defendants. | C.A. No. 1:12-CV-00014 (ESH-TBG-JEB)<br>Three-Judge Court |

PLAINTIFF'S STATUS REPORT TO THE COURT

Plaintiff Prince William County, Virginia, respectfully submits this Report to the Court regarding publication of proposed settlement.

On March 9, 2012, the parties submitted to this three-judge Court a joint motion for entry of a consent judgment and decree granting Prince William County, Virginia, a bailout from coverage under the special provisions of the Voting Rights Act. That motion asked this Court to wait thirty (30) days before entering the proposed Consent Judgment and Decree, in order to give the Plaintiff County an opportunity to publicize the proposed bailout settlement, pursuant to 42 U.S.C. §1973b.

Following that March 9 filing, the Plaintiff Prince William County publicized the proposed settlement of this bailout action by publishing a Notice of the Settlement in the local media (see Exhibit A), on the County's website, at all County post offices, and at the following County offices:  The County Department of Social Services, the Library, the County Courthouse,

and the County's Recreation Center.  The published Notice urged anyone desiring information about the proposed settlement and bailout to contact the County's Voting Registrar, whose telephone number was included in the Notice.  Only one member of the general public contacted the Registrar and that person did not express any opposition to the bailout settlement.

Accordingly, this three-judge Court may now proceed to enter the proposed Consent Judgment and Decree as requested by the parties, as the requisite publication has occurred.

Respectfully submitted,

For the Plaintiff
PRINCE WILLIAM COUNTY:

/s/ J. Gerald Hebert
J. Gerald Hebert
D.C. Bar No. 447676
191 Somervelle Street, #405
Alexandria, VA 22304
Telephone: (703) 628-4673
hebert@voterlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2012, I served a true and correct copy of the foregoing on opposing counsel by filing it in this Court's ECF filing system.

/s/ J. Gerald Hebert
J. GERALD HEBERT