# Northern Virginia Community Newspapers Order Confirmation for Ad #0002592730-01

| | | | | | |
|---|---|---|---|---|---|
| **Client** | PWC BOARD OF SUPERVISORS | **Payor Customer** | PWC BOARD OF SUPERVISORS | **Acct. Exec** | dadams |
| **Client Phone** | 703-792-6604<br>703-792-6600 | **Payor Phone** | 703-792-6604<br>703-792-6600 | | |
| **Account#** | 3323433 | **Payor Account** | 3323433 | | |
| **Address** | 1 COUNTY COMPLEX CT, CHERYL SANT<br>WOODBRIDGE VA  22192  USA | **Payor Address** | 1 COUNTY COMPLEX CT, CHERYL SAN<br>WOODBRIDGE VA 22192 | **Ordered By** | Valerie Moore |
| **Fax** | 703-792-6290 | | | | |
| **EMail** | | | | | |

**Ad Content Proof Actual Size**



**NOTICE**

Pursuant to 42 U.S.C §1973b, **Prince William County gives NOTICE that is has commenced an action in the United States District Court for the District of Columbia seeking a declaratory judgment under the Voting Rights Act of 1965, as amended.** The purpose of the action is to seek a declaration from the court that Prince William County is in full compliance with the Voting Rights Act, thereby providing Prince William County with an exemption (known as a bailout) from the special provisions of the Voting Rights Act. NOTICE is further given that Prince William County has reached a settlement of this action with the United States Attorney General.

The purpose of the bailout is to allow Prince William County to make changes in the voting process without the need to seek preapproval by the federal government, which adds additional time and expense to the process.

Any person desiring information on the bailout or the settlement may contact the Registrar of Voters, Betty E. Weimer at 703-792-6470.

March 14, 21, 28 and April 4, 2012

| | | | | | |
|---|---|---|---|---|---|
| **Total Amount** | $623.00 | **Status** | | **Materials** | |
| **Payment Amt** | $0.00 | **Tear Sheets** | **Proofs** | **Affidavits** | **PO Number** | **Blind Box** |
| **Amount Due** | $623.00 | 1 | 0 | 0 | | |
| **Payment Method** | | | | | |
| **Confirmation Notes:** | | | | | |
| **Text:** | | | | | |
| **Order Notes:** | | | | | |
| **Ad Number** | **Ad Type** | **Color** | | **Production Color** | |
| 0002592730-01 | CLP Legal Liner | <NONE> | | | |
| **Pick Up Number** | **Ad Size**<br>1.0 X 42 Li | **Production Method**<br>AdBooker (liner) | | **Production Notes** | |
| **Product** | **Placement/Class** | **Position** | | **# Inserts** | |
| **Run Schedule Invoice Text** | | | | | |
| **Run Dates** | | | | | |
| **Tag Line** | | | | | |

| | | | |
|---|---|---|---|
| WBD News & MsngrCLP:: | _Legal Ads - CLP | _Municipal Notices-Legal-CLP | 4 |

NOTICE   Pursuant to 42 U.S.C 1973b, Prince William County gives NOTICE that is has commenced an action in the United States District Co
**3/14/2012, 3/21/2012, 3/28/2012, 4/4/2012**
BAILOUT SETTLEMENT

| | | | |
|---|---|---|---|
| NVA OodleFeatCLP.com:Onl Any: | _Legal Ads - CLP | _Municipal Notices-Legal-CLP | 30 |

NOTICE   Pursuant to 42 U.S.C 1973b, Prince William County gives NOTICE that is has commenced an action in the United States District Co
**3/14/2012, 3/15/2012, 3/16/2012, 3/17/2012, 3/18/2012, 3/19/2012, 3/20/2012, 3/21/2012, 3/22/2012, 3/23/2012, 3/24/2012, 3/25/2012, 3/26/2012, 3/27/2012, 3**
BAILOUT SETTLEMENT